FOR PUBLICATION

**FILED**

MAR 22 2023

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez, <br><br> Petitioner, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General, <br><br> Respondent. | No.   20-71923 <br><br> Agency No. A208-084-297 <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion published at 49 F.4th 1282 (9th Cir. 2022) is vacated.

Judge Koh did not participate in the deliberations or vote in this case.